UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL CORE, *et al.*, | ) | CASE NO. 1:19 CV 1186 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| vs | ) | |
| | ) | |
| LIGHTHOUSE INS. GROUP, LLC, | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons stated in the Opinion and Order filed contemporaneously with this Judgment Entry, and pursuant to Federal Rule of Civil Procedure 58, it is hereby ORDERED, ADJUDGED AND DECREED that the above-captioned case is hereby terminated and dismissed as final.

**IT IS SO ORDERED.**

*/s/ Dan Aaron Polster July 23, 2019*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**